ROBERT D. CHRISTENSON, #076060
CHRISTENSON LAW FIRM
472 WEST PUTNAM AVENUE
PORTERVILLE, CALIFORNIA   93257

(559) 784-4934   Telephone
(559) 784-3431   Facsimile

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT of CALIFORNIA

---o0o---

| | |
|---|---|
| KAREN I. HUSTED, | CASE NO: 1:09-cv-0409 GSA |
| Plaintiff, | |
| vs | STIPULATION and ORDER to EXTEND TIME |
| COMMISSIONER of SOCIAL SECURITY, | |
| Defendant. | |

The parties, through their respective counsel, stipulate that the time for filing Plaintiff's Opening Brief be extended from October 10, 2009 to November 10, 2009.

This is the Plaintiff's first request for an extension of time in this case.  The Plaintiff needs more time to prepare the Opening Brief.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | */s/ Robert D. Christenson* |
|  | _____ |
|  | *Per telephone authorization this date* |
| Dated:   October 7, 2009 | **ROBERT D. CHRISTENSON** |
|  | Attorney for Plaintiff |

|  |  |
|---|---|
| Dated:  October 7, 2009 | **McGREGOR W. SCOTT** |
|  | United States Attorney |
|  | **LUCILLE GONZALES MEIS** |
|  | Regional Chief Counsel, Region IX |
|  | Social Security Administration |
|  |  |
|  | */s/ Shea Lita Bond* |
|  | _____ |
|  | *Per telephone authorization this date* |
|  | **SHEA LITA BOND** |
|  | Assistant Regional Counsel |
|  | Social Security Administration |
|  | Attorneys for Defendant |

## ORDER

IT IS SO ORDERED.

Dated:   **October 7, 2009**            **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE